JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 08-6567-VBF(RZx)**                           Dated: **May 10, 2010**

Title:   Applebarry, Inc., et al. -v- Bigwood Films, Inc., et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

    Joseph Remigio                          None Present
    Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):**      **COURT ORDER DISMISSING ACTION WITHOUT PREJUDICE**

In light of the Stipulation Of Dismissal Pursuant To 41(a)(1)(a)(ii)(dkt. 33), the Court hereby DISMISSES the action in its entirety, without prejudice, pursuant to Fed. R. civ. P. 41(a)(1)(a)(ii).

All future dates are hereby vacated.

MINUTES FORM 90                        Initials of Deputy Clerk ___jre___
CIVIL - GEN